IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CICERO-BERWYN ELKS LODGE No. 1510; DES PLAINES ELKS LODGE No. 1526; QUINCY ELKS LODGE No. 100 OF THE BENEVOLENT AND PROTECTIVE ORDER OF ELKS; MT. CARMEL LODGE No. 715; B.P.O.E. DEKALB ELKS No. 765; DIXON LODGE #779; B.P.O.E. ELKS LODGE No. 914; B.P.O.E. PONTIAC LODGE No. 1019; ROBINSON ELKS LODGE No. 1188; CARMI ELKS LODGE No. 1652; FLORA ELKS LODGE No. 1659; SALEM ELKS LODGE No. 1678; OGLESBY ELKS B.P.O.E 2360<br><br>    Plaintiffs,<br><br>    v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>    Defendant. | No. 1:12-cv-10257<br><br>Judge: Hon.   Gary Feinerman<br><br>Magistrate:   Hon. Sidney Schenkier |

## NOTICE OF MOTION

TO:    All Counsel of Record

PLEASE TAKE NOTICE that, on January 8, 2013, at 9:00 am or as soon thereafter as I may be heard, I shall appear in the Courtroom of the Honorable Judge Gary Feinerman and shall then and there present PHILADELPHIA INDEMNITY INSURANCE COMPANY'S *Motion For Extension of Time*, a copy of which has been served upon you.

                                                                 /s/ Michael C. Kasdin
                                                                 One of PIIC's attorneys

Michael C. Kasdin
**DLA P**IPER **LLP (US)**
203 No. LaSalle Street, Suite 1900
Chicago, Illinois 60601
312-368-7916

4

**CERTIFICATE OF SERVICE**

Michael C. Kasdin, an attorney, certifies that he caused a copy of Philadelphia Indemnity Insurance Company's Motion For Extension of Time, to be served via the methods listed upon the following, on Wednesday, January 2, 2013 by 5:00 p.m. C.T.

| | |
|---|---|
| John T. Moran | Thomas R. Charboneau, Jr. |
| **(VIA: U.S. Mail and E-Mail)** | **(VIA: US Mail)** |
| 309 West Washington Street, #900 | SILLS, CHARBONEAU & |
| Chicago, Illinois 60606 | BARNETT, P.C. |
| | 2041 E. Square Lake Road, Suite 100 |
| | Troy, Michigan 48085 |

/s/   Michael C. Kasdin